IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:13-CV-00554
Western Division

HAROLD EUGENE EATMON,          )
                    Plaintiff,  )
        v.                      )
                                )
                                )          ORDER
CAROLYN W. COLVIN,              )
Acting Commissioner of Social Security,  )
                    Defendant.   )
                                )
                                )

This is a Social Security case in which a judgment and order were entered reversing the

Commissioner's Decision and remanding the case. The Plaintiff has moved for attorney's fees under

the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $4,725.00.

On the basis of Plaintiff's motion and supporting documents, IT IS ORDERED that the

Commissioner of Social Security pay $4,725.00 in attorney's fees in full satisfaction of any claim

for fees, costs, and other expenses pursuant to EAJA.

This the 20 day of December 2014

_Terrence Boyle_
United States District Judge